Order entered January 3, 2013



000025

In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00697-CR

**GABRIELLE ANTOINETTE LYNCH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 366th Judicial District Court
Collin County, Texas
Trial Court Cause No. 366-80303-2012

## ORDER

The Court **GRANTS** the State's motion for extension of time to file the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

_____
CAROLYN WRIGHT
CHIEF JUSTICE